IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

PATRICK REYNOLD WELCH, JR.,        )
                                   )
          Plaintiff,               )
                                   )
     v.                            )        CV 125-306
                                   )
RICHMOND COUNTY SHERIFF OFFICE et  )
al.,                               )
                                   )
          Defendants.              )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. All claims against Richmond County Sheriff Office and Eugene Brantly are **DISMISSED**. Plaintiff's claims for malicious prosecution and false arrest against Defendants Cowdrey, Hoskins, and Vernor are also **DISMISSED**. This case shall proceed as described in the Magistrate Judge's June 22, 2026 Order and Report and Recommendation. (Doc. no. 11.)

SO ORDERED this 29th day of _____July_____, 2026, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA